IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIGID AND ANDREW PAYNE** | : | |
| | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **COUNTY OF DELAWARE, et al.,** | : | NO. 25-295 |
| | : | |
| **Defendants.** | : | |

# ORDER

**AND NOW,** this 17th day of October, 2025, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Failure to State a Claim (ECF No. 10), and the responses thereto, it is hereby **ORDERED** as follows:

1. To the extent the Motion seeks dismissal of Count I against the County Council and Individual Defendants, the Motion is **GRANTED**.

    a. Count I is **DISMISSED WITH PREJUDICE** against the County Council and Individual Defendants in their official capacities.

    b. Count I is **DISMISSED WITHOUT PREJUDICE** against Individual Defendants in their individual capacities.

2. To the extent the Motion seeks dismissal of Count I against the County, as it relates to the *Monell* claim, the Motion is **DENIED**.

3. To the extent the Motion seeks dismissal of Count II, the Motion is **DENIED**.

4. To the extent the Motion seeks dismissal of Count III, the Motion is **GRANTED in part and DENIED in part**:

   a. Count III is **DISMISSED WITH PREJUDICE**, insofar as it asserts claims of retaliation or discrimination occurring before August 7, 2023.

   b. Count III is **DISMISSED WITHOUT PREJUDICE**, insofar as it asserts a hostile environment claim.

   c. Count III may proceed insofar as it asserts a retaliation claim for acts taken after August 7, 2023.

5. To the extent the Motion seeks dismissal of Counts V and VI, the Motion is **GRANTED**.

   a. Counts V and VI are **DISMISSED WITH PREJUDICE** against the County, County Council, and Individual Defendants in their official capacities.

   b. Counts V and VI are **DISMISSED WITHOUT PREJUDICE** against Individual Defendants in their individual capacities.

6. To the extent the Motion seeks dismissal of Count VII against the County and Edward Beebe in his official capacity, the Motion is **GRANTED**.

   a. Count VII is **DISMISSED WITH PREJUDICE** against the County and Edward Beebe in his official capacity.

   b. Count VII may proceed against Edward Beebe in his individual capacity.

7. To the extent the Motion seeks dismissal of Counts VIII and IX, the Motion is **GRANTED**. Counts VIII and IX are **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

_____
Hon. Mia R. Perez